# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 15-414** |
| | : | |
| **RAMZI HADDAD** | : | Honorable Juan R. Sanchez |

## ENTRY OF APPEARANCE

**TO THE CLERK**:

Kindly enter the appearance of the undersigned counsel on behalf of Defendant Ramzi Haddad in the above-captioned matter.

                BY:   */s/ Elizabeth M. Casey*
                        Elizabeth M. Casey (PA 325696)
                        **Faegre Drinker Biddle & Reath LLP**
                        One Logan Square, Suite 2000
                        Philadelphia, PA 19103
                        (215) 988-2700

                        *Attorneys for Ramzi Haddad*

Dated:  April 30, 2021

## **CERTIFICATE OF SERVICE**

      I, Elizabeth M. Casey, hereby certify that on April 30, 2021 I caused a true and correct copy of the foregoing Entry of Appearance to be served via ECF on all counsel of record.

Date:   April 30, 2021                  */s/ Elizabeth M. Casey*
                                                Elizabeth M. Casey